UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

THOMAS NEAL JACKSON,                )
                                    )
        Petitioner,                 )Civil Action No. 5:08-CV-223-JMH
                                    )
v.                                  )
                                    )
LARRY CHANDLER, Warden,             )
                                    )  **MEMORANDUM OPINION AND ORDER**
        Respondent.                 )


                **     **     **     **     **


        This matter is before the Court on the Report and Recommendation of
Magistrate Judge James B. Todd [Record No. 5].  Said action was referred
to the magistrate for the purpose of reviewing the merits of Petitioner
Jackson's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. §
2254 [Record No. 1], in which he challenges his conviction in Laurel
Circuit Court in London, Kentucky, in 2000, for the murder of Carolyn
Smith.  No objections to the Report and Recommendation have been filed,
and the time for filing same has expired.  Accordingly, this Report and
Recommendation is now ripe for the Court's review.

        In his Report and Recommendation, the Magistrate Judge recommends
that the action be transferred to the Southern Division of the Eastern
District of Kentucky, in London pursuant to 28 U.S.C. §1404(a).  The
undersigned agrees with the Magistrate Judge's conclusion that the
Southern Division at London is a more appropriate venue as that is where
witnesses and records are likely to be located.  Further, LR 3.2(b)
provides that a "state habeas corpus petition shall be assigned to the

jury division that includes the court . . . in which the challenged judgment, conviction or order was rendered."  In this instance, the proper jury division is the Southern Division at London.  *See* LR 3.1(a)(5).

Having carefully considered the matter, the Court adopts the reasoning set forth in the Magistrate Judge's Report and Recommendation and shall instruct the Clerk to reassign this matter to the Southern Division at London.

Accordingly, **IT IS ORDERED:**

(1)  that the Report and Recommendation of the Magistrate Judge [Record No. 5] shall be, and the same hereby is, **ACCEPTED** and the reasoning and conclusions therein **ADOPTED** by the Court as its own;

(2)  that this matter is **TRANSFERRED** to the Southern Division at London; and

(3)  that the Clerk shall **REASSIGN** this matter to a district judge generally charged with matters on the docket in the Southern Division at London.

This is the 16th day of April, 2009.



Signed By:

**_Joseph M. Hood_**

**Senior U.S. District Judge**